RECEIVED

OCT 3 1 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| DEBRA SUE HEWITT | CIVIL ACTION NO. 6:11-cv-1528 |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| HAROLD D. REGISTER, JR. ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, [FN] determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages against defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED, in chambers, Lafayette, Louisiana, on this 31 day of October, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

FN Subsequent to the filing of the Report & Recommendation, the Court dismissed plaintiff's claims against Harold D. Register, Jr. and G. Paul Marx upon motion by plaintiff. Accordingly, the portion of the Report & Recommendation addressing those claims is now MOOT.