**RECEIVED**

NOV - 4 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| MARY MATHIS | CIVIL ACTION NO. 6:11-cv-1528 (Lead) |
| | 6:11-cv-1529 (Member) |
| VS. | SECTION P |
| | JUDGE DOHERTY |
| HAROLD D. REGISTER, JR., ET AL. | MAGISTRATE JUDGE HANNA |

**JUDGMENT**

Rec Doc #12

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights complaints be **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim for which relief may be granted, and for seeking money damages against defendants who are immune from suit, all in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this 4 day of November, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE